FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2014 AUG 15  AM 11: 26

SIGN_____
BY DEPUTY CLERK

UNITED STATES MIDDLE DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARCHBISHOP BERNADINE TURNER PHD.DD, PRO SE

CIVIL ACTION: 14-347-SDD-SCR

VS.

ANADARKO PETROLEUM, ET AL

ORDER TO SHOW CAUSE

MOTION TO SHOW CAUSE; I DID NOT SUBMIT A PAYMENT BECAUSE I WAS TOLD THAT I DID NOT HAVE TO SUBMIT

A PAYMENT BECAUSE I HAD ALREADY BEEN APPROVED FOR PRO SE IN THE LOWER COURT. I CANNOT AFFORD A FEE. TO MY

UNDERSTANDING. THIS SHOULD HAVE BEEN ADDRESSED BY THE CLERKS OF THE COURTS UPON MY SUBMISSION OF FILING

THIS CASE: 14-347-SDD-SCR ON JUNE 13, 2014. THEREFORE, IT WOULD NOT BE PROPER FOR THIS CASE TO BE DISMISSED.

THIS IS AN OVERSITE.

I DO NOT BELIEVE THAT THE CLERK DELIBERATELY MISLEAD ME BY FILEING THE CASE WITHOUT MAKING SURE THAT A FEE WAS

PAID, OR VIOLATING MY CONSTUTITIONAL RIGHTS TO PROCEED INFORMA PAUPERIS, 42 U.S.C.S 1983 AS I HAVE FILED BECAUSE OF

MY FINANCIAL STATUS.

IT IS PROPER AND ORDERED THAT PLAINTIFF FILE A MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS.

HUMBLY SUBMITTED

*/s/ ArchBishop Bernadine Turner*

ARCHBISHOP BERNADINE TURNER

DATE: 8-14-2014