UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARCHBISHOP BERNADINE TURNER, PHD.DD

VERSUS

ANADARKO PETROLEUM, ET AL.

CIVIL ACTION

NO. 14-347-SDD-SCR

RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 9, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion for Summary Judgment*[3] shall be treated as a *Complaint* in a civil action and is hereby dismissed for lack of subject matter jurisdiction

Baton Rouge, Louisiana the 3 day of March, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.
[3] Rec. Doc. 1.